**Exhibit A**

(Attorney Code No. 42698)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| CARL KNAUS in his representative | ) | 2014L000541 |
| capacity on behalf of his minor | ) | CALENDAR/ROOM A |
| Children GABRIEL KNAUS and | ) | TIME 00:00 |
| GEORGE KNAUS, | ) | Product Liability |
| MARICEL ANINO KNAUS, | ) | |
| NINI SHAO, | ) | |
| GUOFU YANG, | ) | |
| AIQING CAO Individually and in her | ) | |
| representative capacity on | ) | |
| behalf of her minor child MOHAN LI, | ) | Case No. _____ |
| YI GAP CHO, | ) | |
| SEUNGKWON CHOI, | ) | *Plaintiffs Demand* |
| MIN JEONG CHOI, | ) | *Trial by Jury* |
| BO EUN HAN, | ) | |
| KEE SEUNG HAN, individually | ) | |
| and in his representative capacity on | ) | |
| behalf of his minor child, HO SUNG HAN, | ) | |
| NA YOUNG HAN, | ) | |
| SANGKI JEON, | ) | |
| NAM HOON JO, | ) | |
| JI EUN KIM, | ) | |
| KYEONGHWA KIM, | ) | |
| KYOUNG SOOK KIM, | ) | |
| NAM KYUN KIM, | ) | |
| SO YOUNG KIM, | ) | |
| YE RIM KIM, | ) | |
| HYUN JU LEE, | ) | |
| SHE LEE, | ) | |
| SUNG LIM LEE, | ) | |
| JOON SEOK NOH, | ) | |
| SOON JA OH, | ) | |
| EUNN YUNG PARK, individually | ) | |
| and in her representative capacity on | ) | |
| behalf of her minor child JAEWON LEE, | ) | |
| SUNG CHUL SHIN in his representative | ) | |
| Capacity on behalf of his minor child | ) | |
| DONGWOO SHIN, | ) | |
| ZAIXIAN CAO, | ) | |
| PINGYUAN FU, | ) | |
| JIAHUI TANG, individually | ) | |

FILED B - 15
2014 JAN 17 PM 2:11
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

and in her  representative capacity on )
behalf of her minor child JIAQI YANG, )
JIANFANG TAN, )
HECHUNG GU, )
YONGXIU LIN, )
HAIJUN XU individually )
and in his  representative capacity on )
behalf of his minor child QIXUAN XU, )
WEN ZHANG, )
MIAO LUO individually )
and in his  representative capacity on )
behalf of his minor child SHENYUAN LUO, )
YI QIN, )
DONGHE XIA, )
MING WU, )
JIE HUANG, )
JING WANG, )
HUI CAI individually )
and in his  representative capacity on )
behalf of his minor child YUJIE CAI, )
YUAN ZHANG, )
YIYING HOU, )
HONGQIN LI, )
JINGXIA KANG, )
TIESHAN XI, )
AIQING ZHANG, )
WEIJIA WANG, )
XIANMEI WANG, )
LILIAN JIN, )
YIRUI WANG, )
NIANZHE SUN, )
QINGXIA YANG, )
JIANHONG XU, )
PATRICIA XU, )
FUHUA WANG in her representative )
capacity on behalf of her minor child )
SIRONG CHEN, )
KAILIANG WEN in her representative )
capacity on behalf of her minor child )
SHUYANG CUI, )
XUEHONG HOU in her representative )
capacity on behalf of her minor child )
YANGWEI CUI, )
JING FENG in her representative )
capacity on behalf of her minor child )
YI CUI, )

2

YU ZHOU in her representative )
capacity on behalf of her minor child )
JING GE, )
SHINZE HE in his representative )
capacity on behalf of his minor child )
XUEWEI HE, )
FUJUN JIANG in his representative )
capacity on behalf of his minor child )
YUTONG JIANG )
JUHUA ZHU in her representative )
capacity on behalf of her minor child )
LU JIN, )
DONGLIANG LI in his representative )
capacity on behalf of his minor child )
HANLUN LI, )
HUAMIN LI in his representative )
capacity on behalf of his minor child )
RENJEI LI, )
JIE ZHANG in her representative )
capacity on behalf of her minor child )
ZESHUO LI, )
LINGXIA YANG in her representative )
capacity on behalf of her minor child )
BINGQING LIU, )
XIAOQIANG MAO in his representative )
capacity on behalf of his minor child )
YIHUI MAO, )
LIMIN MAO in his representative )
capacity on behalf of his minor child )
ZIJING MAO, )
GAILI BAI in her representative )
capacity on behalf of her minor child )
PEJING QIAO, )
QINGZENG SUN in his representative )
capacity on behalf of his minor child )
YIJUN SUN, )
SHUAI WANG in his representative )
capacity on behalf of his minor child )
BEIQI WANG, )
LIJUN WU in his representative )
capacity on behalf of his minor child )
YUNJIAO WU, )
XIARONG WANG in his representative )
capacity on behalf of his minor child )
YUBO XIE, )
XUMIN YANG in his representative )

3

capacity on behalf of his minor child
QIANFAN YANG,                                    )
JIANJIA YANG in his representative               )
capacity on behalf of his minor child            )
YIYI YANG,                                       )
YAN ZHANG in her representative                  )
capacity on behalf of her minor child            )
FANYA YUAN,                                      )
YI ZHANG in his representative                   )
capacity on behalf of his minor child            )
HONGJI ZHANG,                                    )
XIAOMIN ZHOU in his representative               )
capacity on behalf of his minor child            )
YIWEI ZHOU,                                      )
and                                              )
YUNXIA MAO in her representative                  )
capacity on behalf of her minor child            )
CHENYU ZHU,                                      )
                                                 )
                            Plaintiffs,          )
                                                 )
    -   vs –                                      )
                                                 )
THE BOEING COMPANY, a corporation,               )
                                                 )
                            Defendant.           )
_____         )

## COMPLAINT

Plaintiffs through the undersigned attorneys bring this action against Defendant The
Boeing Company ("Boeing"), and allege as follows:

### INTRODUCTION

1.      This is a personal injury action arising out of the July 6, 2013 crash-landing of
Asiana Airlines Flight 214 at San Francisco International Airport (SFO) in San Francisco,
California. On its approach to land at SFO, the aircraft began to fly too slowly and descended
below the safe approach path, and the flight crew was unable to restore a safe airspeed before the
airplane crashed into a seawall adjacent to the runway. The impact resulted in the tail section of

the plane being broken off. The aircraft spun down the runway and caught fire. Plaintiffs and/or their minor children were passengers on the flight who suffered personal injuries in the crash-landing. This lawsuit seeks to hold Boeing responsible, based on negligence, strict liability and loss of consortium, for its role in the accident.

<u>**PARTIES**</u>

2.      Plaintiff CARL KNAUS is a citizen and resident of Colorado. He is suing in his representative capacity as the natural father and guardian of his minor sons GABRIEL KNAUS and GEORGE KNAUS, who were passengers on the subject aircraft. He maintains his principal residence in Fort Collins, Colorado.

3.      Plaintiff MARICEL ANINO KNAUS is a citizen and resident of Colorado. She maintains her principal residence in Fort Collins, Colorado.

4.      Plaintiff NINI SHAO is a citizen of China who resides in California. She maintains her principal residence in Cupertino, California.

5.      Plaintiff GUOFU YANG is a citizen of China who resides in California. He maintains his principal residence in Pinole, California.

6.      Plaintiff AIQING CAO is a citizen and resident of China who purchased a one-way ticket to the United States so she could spend a period of time with her husband, BINFEI LI, who is currently a visiting scholar at Stanford University in California. She is suing on her own behalf and in her representative capacity as the natural mother and guardian of her minor daughter MOHAN LI who was also a passenger in the subject aircraft.

7.      Plaintiff YI GAP CHO is a citizen and resident of South Korea. He was travelling on the subject aircraft with two co-workers at Applied Materials Korea.

8.      Plaintiff SEUNG KWON CHOI is a citizen and resident of South Korea.

9.     Plaintiff MIN JEONG CHOI is a citizen and resident of South Korea.   She was travelling on the subject aircraft with her husband Plaintiff SANGKI JEON. They were celebrating their first wedding anniversary.

10.     Plaintiff BO EUN HAN is a citizen and resident of South Korea.   She was travelling on the subject aircraft with her parents Plaintiff KEE SEUNG HAN and Plaintiff KYONG SOOK KIM, her sister, Plaintiff NA YOUNG HAN and her brother, a minor, HO SUNG HAN as part of a tour group.

11.     Plaintiff KEE SEUNG HAN is a citizen of South Korea who resides in Vietnam. He is suing on his own behalf and in his representative capacity as the natural father and guardian of his minor child HO SUNG HAN, who was also a passenger on the subject aircraft. He was also travelling on the subject aircraft with his wife Plaintiff KYOUNG SOOK KIM and his daughters Plaintiff BO EUN HAN and Plaintiff NA YOUNG HAN as part of a tour group.

12.     Plaintiff NA YOUNG HAN is a citizen and resident of South Korea.   She was travelling on the subject aircraft with her parents Plaintiff KEE SEUNG HAN and Plaintiff KYONG SOOK KIM, her sister, Plaintiff BO EUN HAN and her brother, a minor. HO SUNG HAN as part of a tour group.

13.     Plaintiff SANGKI JEON is a citizen and resident of South Korea.   He was travelling on the subject aircraft with his wife Plaintiff MIN JEONG CHOI.   They were celebrating their first wedding anniversary.

14.     Plaintiff NAM HOON JO is a citizen and resident of South Korea. He was travelling on the subject aircraft with two co-workers at Applied Materials Korea.

15.     Plaintiff JI EUN KIM is a citizen and resident of South Korea who was travelling on the subject aircraft with his cousin Plaintiff YEE RIM KIM as part of a tour group.

6

16.     Plaintiff KYEONGHWA KIM is a citizen and resident of South Korea. She was travelling on the subject aircraft with her daughter Plaintiff EUNN YOUNG PARK and her grandson JAEWON LEE as part of a tour group.

17.     Plaintiff KYOUNG SOOK KIM is a citizen of South Korea who resides in Vietnam. She was travelling on the subject aircraft with her husband Plaintiff KEE SEUNG HAN, daughters Plaintiff BO EUN HAN and Plaintiff NA YOUNG HAN and minor son HO SUNG HAN as part of a tour group.

18.     Plaintiff NAM KYUN KIM is a citizen and resident of South Korea. He was travelling on the subject aircraft with two co-workers at Applied Materials Korea.

19.     Plaintiff SO YOUNG KIM is a citizen and resident of South Korea. She was travelling on the subject aircraft with her mother PLAINTIFF SOON JA OH as part of a tour group.

20.     Plaintiff YE RIM KIM  is a citizen and resident of South Korea who was travelling on the subject aircraft with his cousin Plaintiff JI EUN KIM as part of a tour group.

21.     Plaintiff HYUN JU LEE is a citizen and resident of South Korea. She is a tour group guide and was travelling on the subject aircraft escorting a large tour group.

22.     Plaintiff SHE LEE is a citizen and resident of South Korea. He was travelling on the subject aircraft with a co-worker at AVNET Korea.

23,     Plaintiff SUNG LIM LEE is a citizen and resident of South Korea.

24.     Plaintiff JOON SEOK NOH is a citizen and resident of South Korea. He was travelling on the subject aircraft with a co-worker at AVNET Korea.

25.     Plaintiff SOON JA OH is a citizen and resident of South Korea.  She was travelling on the subject aircraft with her daughter Plaintiff SO YOUNG KIM as part of a tour group

26.     Plaintiff EUNN YUNG PARK is a citizen and resident of South Korean.  She is suing on her own behalf and in her representative capacity as mother and guardian of her minor child JAEWON LEE who was also travelling on the subject aircraft.

27.     Plaintiff SUNG CHUL SHIN is a citizen and resident of South Korea.  He is suing in his representative capacity as natural father and guardian of his minor son DONGWOO SHIN who was travelling as an unaccompanied minor on the subject aircraft to attend a teen camp and visit relatives in the United States.

28.     Plaintiff ZAIXIAN CAO is a citizen and resident of China.  He was travelling on the subject aircraft with his wife Plaintiff PINGYUAN FU.

29.     Plaintiff PINGYUAN FU is a citizen and resident of China.  She was travelling on the subject aircraft with her husband Plaintiff ZAIXIAN CAO.

30.     Plaintiff JIAHUI TANG is a citizen and resident of China.  She is suing individually and in her representative capacity as the natural mother and guardian of her minor daughter JIAQI YANG who was also travelling on the subject aircraft.

31.     Plaintiff JIANFANG TAN is a citizen and resident of China.

32.     Plaintiff HECHONG GU is a citizen and resident of China.  He was travelling on the subject aircraft with his wife Plaintiff YONGXIU LIN.

33.     Plaintiff YONGXIU LIN is a citizen and resident of China.  She was travelling on the subject aircraft with her husband Plaintiff HECHONG GU.

8

34. Plaintiff HAIJUN XU is a citizen and resident of China. He is suing on his own behalf and in his representative capacity as natural father and guardian of his minor son QIXUAN XU who was also travelling on the subject aircraft. He was also travelling on the subject aircraft with his wife Plaintiff WEN ZHANG.

35. Plaintiff WEN ZHANG is a citizen and resident of China. She was travelling on the subject aircraft with her husband Plaintiff HAIJUN XU and her minor son QIXUAN XU.

36. Plaintiff MIAO LUO is a citizen and resident of China. He is suing on his own behalf and in his representative capacity as natural father and guardian of his minor daughter SHENYUAN LUO, who was also travelling on the subject aircraft. He was also travelling with his wife Plaintiff YI QIN.

37. Plaintiff YI QIN is a citizen and resident of China. She was travelling on the subject aircraft with her husband Plaintiff MIAO LUO and her minor daughter SHENYUAN LUO.

38. Plaintiff DONGHE XIA is a citizen and resident of China. He was travelling on the subject aircraft with his wife Plaintiff MING WU.

39. Plaintiff MING WU is a citizen and resident of China. She was travelling on the subject aircraft with her husband Plaintiff DONGHE XIA.

40. Plaintiff JIE HUANG is a citizen and resident of China. He was travelling on the subject aircraft with his wife Plaintiff JING WANG.

41. Plaintiff JING WANG is a citizen and resident of China. She was travelling on the subject aircraft with her husband Plaintiff JIE HUANG.

42. Plaintiff HUI CAI is a citizen and resident of China. He is suing on his own behalf and in his representative capacity as natural father and guardian of his minor daughter

9

YUJIE CAI who was also travelling on the subject aircraft. He was also travelling on the subject aircraft with his wife Plaintiff YUAN ZHANG.

43. Plaintiff YUAN ZHANG is a citizen and resident of China. She was travelling on the subject aircraft with her husband Plaintiff HUI CAI and her minor daughter YUJIE CAI.

44. Plaintiff YIYING HOU is a citizen and resident of China.

45. Plaintiff HONGQIN LI is a citizen and resident of China.

46. Plaintiff JINGXIA KANG is a citizen and resident of China.

47. Plaintiff TIESHAN XI is a citizen and resident of China.

48. Plaintiff AIQING ZHANG is a citizen and resident of China.

49. Plaintiff WEIJIA WANG is a citizen and resident of China.

50. Plaintiff XIANMEI WANG is a citizen and resident of China.

51. Plaintiff LILIAN JIN is a citizen and resident of China.

52. Plaintiff YIRUI WANG is a citizen and resident of China.

53. Plaintiff NIANZHE SUN is a citizen and resident of China.

54. Plaintiff QINGXIA YANG is a citizen and resident of China.

55. Plaintiff JIANHONG XU is a citizen and resident of China,

56. Plaintiff PATRICIA XU is a citizen and resident of Canada.

57. Plaintiff FUHUA WANG is suing in her representative capacity as natural mother and guardian of her minor daughter SIRONG CHEN who was travelling on the subject aircraft.

58. Plaintiff KAILIANG WEN is a citizen and resident of China. He is suing in his representative capacity as natural father and guardian on behalf of his minor daughter SHUYANG CUI who was travelling on the subject aircraft.

59.     Plaintiff XUEHONG HOU is a citizen and resident of China. She is suing in her representative capacity as natural mother and guardian on behalf of her minor daughter YANGWEI CUI who was travelling on the subject aircraft.

60.     Plaintiff JING FENG is a citizen and resident of China. She is suing in her representative capacity as natural mother and guardian on behalf of her minor daughter YI CUI who was travelling on the subject aircraft.

61.     Plaintiff YU ZHOU is a citizen and resident of China. She is suing in her representative capacity as natural mother and guardian on behalf of her minor daughter JING GE who was travelling on the subject aircraft.

62.     Plaintiff SHINZE HE is a citizen and resident of China. He is suing in his representative capacity as natural father and guardian on behalf of his minor daughter XUEWEI HE who was travelling on the subject aircraft.

63.     Plaintiff FUJUN JIANG is a citizen and resident of China. He is suing in his representative capacity as natural father and guardian on behalf of his minor daughter YUTONG JIANG who was travelling on the subject aircraft.

64.     Plaintiff JUHUA ZHU is a citizen and resident of China. She is suing in her representative capacity as natural mother and guardian on behalf of her minor daughter LU JIN who was travelling on the subject aircraft.

65.     Plaintiff DONGLIANG LI is a citizen and resident of China. He is suing in his representative capacity as natural father and guardian on behalf of his minor son HANLUN LI who was travelling on the subject aircraft.

66.     Plaintiff HUAMIN LI is a citizen and resident of China.  He is suing in his representative capacity as natural father and guardian on behalf of his minor son RENJIE LI who was travelling on the subject aircraft.

67,     Plaintiff JIE ZHANG is a citizen and resident of China.  She is suing in her representative capacity as natural mother and guardian on behalf of her minor son ZESHUO LI who was travelling on the subject aircraft.

68.     Plaintiff LINGXIA YANG is a citizen and resident of China.  She is suing in her representative capacity as natural mother and guardian on behalf of her minor daughter BINGQING LIU who was travelling on the subject aircraft.

69.     Plaintiff XIAOQIANG MAO is a citizen and resident of China.  He is suing in his representative capacity as natural father and guardian on behalf of his minor son YIHUI MAO who was travelling on the subject aircraft.

70.     Plaintiff LIMIN MAO is a citizen and resident of China.  He is suing in his representative capacity as natural father and guardian on behalf of his minor daughter ZIJING MAO who was travelling on the subject aircraft.

71.     Plaintiff GAILI BAI is a citizen and resident of China.  She is suing in her representative capacity as natural mother and guardian on behalf of her minor daughter PEJING QIAO who was travelling on the subject aircraft.

72.     Plaintiff QINGZENG SUN is a citizen and resident of China.  He is suing in his representative capacity as natural father and guardian on behalf of his minor daughter YIJUN SUN who was travelling on the subject aircraft.

73.     Plaintiff SHUAI WANG is a citizen and resident of China. He is suing in his representative capacity as natural father and guardian on behalf of his minor daughter BEIQI WANG who was travelling on the subject aircraft.

74.     Plaintiff LIJUN WU is a citizen and resident of China. He is suing in his representative capacity as natural father and guardian on behalf of his minor daughter YUNJIAO WU who was travelling on the subject aircraft.

75.     Plaintiff XIARONG WANG is a citizen and resident of China. He is suing in his representative capacity as natural father and guardian on behalf of his minor child YUBO XIE who was travelling on the subject aircraft.

76.     Plaintiff XUMIN YANG is a citizen and resident of China. He is suing in his representative capacity as natural father and guardian on behalf of his minor daughter QIANFAN YANG who was travelling on the subject aircraft.

77.     Plaintiff JIANJIA YANG is a citizen and resident of China. He is suing in his representative capacity as natural father and guardian on behalf of his minor daughter YIYI YANG who was travelling on the subject aircraft.

78.     Plaintiff YAN ZHANG is a citizen and resident of China. She is suing in her representative capacity as natural mother and guardian on behalf of her minor daughter FANYA YUAN who was travelling on the subject aircraft.

79.     Plaintiff YI ZHANG is a citizen and resident of China. He is suing in his representative capacity as natural father and guardian on behalf of his minor son HONGJI ZHANG who was travelling on the subject aircraft.

13

80.     Plaintiff XIAOMIN ZHOU is a citizen and resident of China.  He is suing in his representative capacity as natural father and guardian on behalf of his minor child YIWEI ZHOU who was travelling on the subject aircraft.

81.     Plaintiff YUNXIA MAO is a citizen and resident of China.  She is suing in her representative capacity as natural mother and guardian on behalf of her minor son CHENYU ZHU who was travelling on the subject aircraft.

82.     Defendant Boeing is a Delaware corporation with its principal place of business in Chicago, Illinois.  Boeing is registered to do business and does business in Illinois.

### JURISDICTION AND VENUE

83.     This Court has jurisdiction over this civil action because each of the Plaintiffs seeks damages in an amount in excess of the minimal jurisdictional amount ($50,000) of the Law Division of the Circuit Court of Cook County, Illinois.  Venue is appropriate in this Court because the Defendant has its principal place of business in Chicago, Illinois.

### GENERAL ALLEGATIONS

84.     Asiana Airlines Flight #214 was carrying 291 passengers and 16 crew members when it crashed on July 6, 2013 at SFO.  The flight had originated in Shanghai, China and stopped in Seoul, Korea before heading to San Francisco, California.

85.     The airplane came into SFO too low and too slowly.  As a result, its landing gear hit a seawall and the tail section broke off of the plane.  The crash caused passengers, including Plaintiffs, to be violently thrown about the cabin.  Luggage toppled from the overhead compartments.  Passengers were jolted in all directions, many slamming their heads against seat backs and armrests.  Seats were dislodged throughout the cabin. The plane caught fire and was left a charred wreck.

86. The Asiana Flight #214 aircraft was a Boeing 777-200ER (Registration No. HL7742) (the "subject aircraft"). It was designed, manufactured, tested, assembled, inspected, serviced, and sold by Boeing. Asiana Airlines purchased the subject aircraft from Boeing in 2006.

87. Boeing wrote and/or approved instructions and warnings for the subject aircraft, including flight manuals, operation manuals, maintenance manuals, maintenance instructions, inspection schedules and service life schedules to be followed by certain owners and operators, including Asiana, for the continued airworthiness and safe flight of 777-200ER aircraft. Similarly, Boeing provided customer support to Asiana for the subject aircraft, including Alert Service Bulletins, Service Bulletins, Service Letters, Technical Advisories, aircraft parts, and other customer support services.

88. The design of the auto-throttle control systems, the auto-pilot control systems, and/or the low airspeed warning systems on the subject aircraft, their improper installation, and/or their defects, resulted in dangerously inadequate warnings to pilots about low airspeed, a common cause of airplane crashes.

89. Boeing was aware that its low airspeed warning system was inadequate. The Boeing 777 has a warning system which sounds a tone followed by a message on a display screen with the text "AIRSPEED LOW." However, this same screen displays several other notifications at any given time. During landing, pilots are routinely paying attention to numerous indicators and instructions simultaneously, as was the case on Flight 214.

90. Boeing had in recent years retrofitted four hundred of the almost four thousand 737 planes in existence with a warning system that features a repeated aural (i.e. audible) command of "LOW AIRSPEED." This was in response to the 2009 Turkish Airlines Flight

1951 crash of a Boeing 737, after which the Dutch Safety Board recommended that Boeing evaluate its warning systems. The NTSB has also encouraged the FAA to require aural warning systems. Airbus SAS, Boeing's chief competitor, has installed an aural warning system on all of its A320 aircraft since 1995. Yet Boeing has not installed such systems in its 777 aircraft.

91. In addition, in or about 2002, Boeing contracted with Asiana to train all of Asiana's pilots at its own training facilities. In 2006, when Asiana purchased the subject aircraft from Boeing, Boeing opened a Boeing 777 training facility in South Korea near the Gimpo International Airport. Boeing knew or should have known that the training procedures for Asiana pilots were not up to par, and were putting passengers' lives at risk. Boeing failed to adequately train Asiana's pilots.

92. As a result of the crash, each of the Plaintiffs sustained injuries, including but not limited to, bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, medical treatment, loss of income, and medical expenses.

### CAUSES OF ACTION

### COUNT I
### NEGLIGENCE

93. Plaintiffs re-allege paragraphs 1 - 92 above.

94. Defendant Boeing designed, manufactured and sold the subject aircraft. As a result, Defendant Boeing owed a duty to design and manufacture the subject aircraft in a reasonably safe condition. Defendant Boeing knew or should have known that its auto-throttle control and low airspeed warning systems were not adequate to ensure safe and effective piloting.

95. In addition, Defendant Boeing, at all relevant times, oversaw and managed the training protocols and training facilities which trained Asiana's pilots. Defendant Boeing knew

16

or should have known that Asiana pilots were not adequately trained in basic landing and safety management protocols, and that pilots of the subject aircraft were not qualified to operate Flight 214 on July 6, 2013.

96.     Boeing's negligence was approximate cause of the subject accident.

WHEREFORE, Plaintiffs each demand judgments against Defendant Boeing for compensatory damages, together with pre- and post-judgment interest, costs and such other relief as this Court deems appropriate.

## COUNT II
## STRICT LIABILITY

97.     Plaintiffs re-allege paragraphs 1 - 92 above.

98.     Defendant Boeing designed, manufactured, assembled, distributed, tested, maintained, serviced, inspected and/or sold the subject aircraft for the purpose of commercial air transportation of passengers.

99      The subject aircraft was operated by Asiana for its intended purpose at all relevant times, and Asiana used the subject aircraft in a manner reasonably foreseeable to Boeing.

100.    The subject aircraft proved to be defective, not airworthy, and/or not crashworthy as a result of Boeing's defective design, manufacture, distribution, testing, maintenance, service and/or inspection of the subject aircraft.

WHEREFORE, Plaintiffs each demand judgments against Defendant Boeing for compensatory damages, together with pre- and post-judgment interest, costs and such other relief as this Court deems appropriate.

## COUNT III
## LOSS OF CONSORTIUM

101. Plaintiffs MIN JEONG CHOI, SANGKI JEON, KYOUNG SOOK KIM, KEE SEUNG HAN, PINGYUAN FU, ZAIXIAN CAO, YONGXIU LIN, HECHONG GU, WEN ZHANG, HAIJUN XU, YI QIN, MIAO LUO, DONGHE XIA, MING WU, JIE HUANG, JING WANG and YUAN ZHANG re-allege paragraphs 1 - 92 above.

102. Plaintiff MIN JEONG CHOI was travelling on the subject aircraft with her husband Plaintiff SANGKI JEON.

103. Plaintiff SANGKI JEON was travelling on the subject aircraft with his wife Plaintiff MIN JEONG CHOI.

104. Plaintiff KYOUNG SOOK KIM was travelling on the subject aircraft with her husband Plaintiff KEE SEUNG HAN.

105. Plaintiff KEE SEUNG HAN was travelling on the subject aircraft with his wife Plaintiff KYOUNG SOOK KIM

106. Plaintiff PINGYUAN FU was travelling on the subject aircraft with her husband Plaintiff ZAIXIAN CAO.

107. Plaintiff ZAIXIAN CAO was travelling on the subject aircraft with his wife Plaintiff PINGYUAN FU.

108. Plaintiff YONGXIU LIN was travelling on the subject aircraft with her husband Plaintiff HECHONG GU.

109 Plaintiff HECHONG GU was travelling on the subject aircraft with his wife Plaintiff YONGXIU LIN.

18

110.    Plaintiff WEN ZHANG was travelling on the subject aircraft with her husband Plaintiff HAIJUN XU.

111.    Plaintiff HAIJUN XU was travelling on the subject aircraft with his wife Plaintiff WEN ZHANG.

112.    Plaintiff YI QIN was travelling on the subject aircraft with her husband Plaintiff MIAO LUO.

113.    Plaintiff MIAO LUO was travelling with his wife Plaintiff YI QIN.

114.    Plaintiff DONGHE XIA was travelling on the subject aircraft with his wife Plaintiff MING WU.

115.    Plaintiff MING WU was travelling on the subject aircraft with her husband Plaintiff DONGHE XIA.

116.    Plaintiff JIE HUANG was travelling on the subject aircraft with his wife Plaintiff JING WANG.

117.    Plaintiff JING WANG was travelling on the subject aircraft with her husband Plaintiff JIE HUANG.

118.    Plaintiff YUAN ZHANG was travelling on the subject aircraft with her husband Plaintiff HUI CAI.

119.    Plaintiffs MIN JEONG CHOI, SANGKI JEON, KYOUNG SOOK KIM, KEE SEUNG HAN,  PINGYUAN FU, ZAIXIAN CAO, YONGXIU LIN, HECHONG GU, WEN ZHANG, HAIJUN XU, YI QIN, MIAO LUO,  DONGHE XIA, MING WU, JIE HUANG, JING WANG and YUAN ZHANG suffered personal injuries as a direct and proximate result of the acts and omissions of Defendant Boeing as alleged above.

19

120.    As a direct and personal result of the personal injuries sustained by Plaintiffs MIN JEONG CHOI, SANGKI JEON, KYOUNG SOOK KIM, KEE SEUNG HAN, PINGYUAN FU, ZAIXIAN CAO, YONGXIU LIN, HECHONG GU, WEN ZHANG, HAIJUN XU, YI QIN, MIAO LUO, DONGHE XIA, MING WU, JIE HUANG, JING WANG, YUAN ZHANG each Plaintiffs spouse suffered loss of support, love, affection and consortium.

WHEREFORE, Plaintiffs each demand judgments against Defendant Boeing for compensatory damages, together with pre- and post-judgment interest, costs and such other relief as this Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury of all issues so triable as of right.

Respectfully submitted,

Monica Kelly, Esq.
RIBBECK LAW CHARTERED
Lake Point Tower
505 North Lake Shore Drive
Chicago, Illinois 60611
Tel: (312) 822-9999

*Attorney for Plaintiffs*



**CORPORATION SERVICE COMPANY®**

**null / ALL**
**Transmittal Number: 12097523**
**Date Processed: 01/24/2014**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Cynthia J. Pearson<br>The Boeing Company<br>100 N Riverside MC 5003-1001<br>Chicago, IL 60606-1596 |

| | |
|---|---|
| **Entity:** | The Boeing Company<br>Entity ID Number 1901768 |
| **Entity Served:** | The Boeing Company |
| **Title of Action:** | Carl Knaus in his representative capacity on behalf of his minor children Gabriel Knaus and George Knaus vs. The Boeing Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Cook County Circuit Court, Illinois |
| **Case/Reference No:** | 2014L000541 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 01/24/2014 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Monica Kelly<br>312-822-9999 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | 2014L000541 |
| 2320 - Served By Mail | 2321 - Served By Mail | CALENDAR/ROOM A |
| 2420 - Served By Publication | 2421 - Served By Publication | TIME 00: (8/01/08) CCG N001 |
| **SUMMONS** | **ALIAS - SUMMONS** | Product Liability |

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**COUNTY DEPARTMENT,** _____ LAW _____ **DIVISION**

No. _____

CARL KNAUS, et al
_____
**(Name all parties)**

v.

THE BOEING COMPANY.

THE BOEING COMPANY
c/o Illinois Corporation Service
801 Adlai Stevenson Drive,
Springfield, IL 62703

### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ **Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602**

☐ **District 2 - Skokie**
5600 Old Orchard Rd.
Skokie, IL 60077

☐ **District 3 - Rolling Meadows**
2121 Euclid
Rolling Meadows, IL 60008

☐ **District 4 - Maywood**
1500 Maybrook Ave.
Maywood, IL 60153

☐ **District 5 - Bridgeview**
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ **District 6 - Markham**
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ **Child Support**
28 North Clark St., Room 200
Chicago, Illinois 60602

**You must file within 30 days after service of this Summons, not counting the day of service.**
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

**JAN 17 2014**

**Atty. No.:** 42698

**Name:** Ribbeck Law Chartered

**Atty. for:** Plaintiffs

**Address:** 505 N. Lake Shore Drive/Lake Point Tower

**City/State/Zip:** Chicago, Illinois 60611

**Telephone:** (312) 822-9999

WITNESS, _____, _____

**DOROTHY BROWN**

**Clerk of Court**

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

**Service by Facsimile Transmission will be accepted at:** _____
(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**